IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ISAAC O'CONNOR,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendants. | CV 25-55-M-KLD<br><br>ORDER |

The parties have filed a Stipulation for Dismissal with Prejudice (Doc. 10). Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 10th day of June, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge